In the Matter of the Claim of MARY HUDSON, Respondent, v. WADDINGTON CONSTRUCTION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J.,
Gibson, Reynolds and Taylor, JJ., concur; Herlihy, J., concurs in the result, in the following memorandum: I concur in the finding of the majority on the sole ground that recent heart cases have decided that the performance of causally related strenuous physical work, although the ordinary and regular job activity, is sufficient to constitute a heart accident. That being the test, a "push cat" operator engaged in heavy construction work, such as described in the majority decision, meets the required standards. (See *Matter of Domash* v. *Standard Coat, Apron & Linen Serv.*, 11 A D 2d 575, 576, affd. 9 N Y 2d 889; *Matter of Sczesniak* v. *Whitney*, 12 A D 2d 366, 368; *Matter of Schecter* v. *State Ins. Fund*, 6 N Y 2d 506.) In my opinion, the finding of the board of "emotional tensions on the job" was not supported by substantial evidence.